752

UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Manuel QUEZADA, Defendant–
Appellant.

No. 10–10706
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Amarillo, TX, for Defendant–Appellant.

Juan Manuel Quezada, Forrest City, AR, pro se.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Manuel Quezada has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Quezada has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. According-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.